UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,

                                               1:20-CR-00179-DLC-9

    -against-                                 ORDER

HERMAN BASS,

                        Defendant.
-----------------------------------------------------X

Denise L. Cote, United States District Judge:

     It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment, as directed by Pretrial Services.

Dated: New York, New York
       May  6 , 2020

                                        SO ORDERED:

                                        DENISE COTE
                             United States District Judge