```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      20cr0179-09 (DLC)
UNITED STATES OF AMERICA,                :
                                         :           ORDER
            -v-                          :
                                         :
HERMAN BASS,                             :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Defendant Herman Bass, who is released on bail and resides in California, is represented by appointed counsel Camille M. Abate, Esq.  In a letter dated December 17, 2020, Ms. Abate requests that new counsel be appointed to represent the defendant.  It is hereby

ORDERED that a telephone conference is scheduled for **December 22, 2020** at **12 p.m., eastern standard time**.  The Court has arranged to have CJA counsel Matthew Galluzo participate.  The parties, including the defendant, shall use the following dial-in credentials for the telephone conference:

```
    Dial-in:         888-363-4749
    Access code:     4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          December 21, 2020

>                          _____
>                          DENISE COTE
>                          United States District Judge