```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cr0179-09 (DLC)
UNITED STATES OF AMERICA,                :
                                         :        ORDER
            -v-                          :
                                         :
HERMAN BASS,                             :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

ORDERED that the time of the telephone conference scheduled for this date at noon will occur at **3 p.m., eastern standard time**. The parties, including the defendant, shall use the following dial-in credentials for the telephone conference:

```
Dial-in:        888-363-4749
Access code:    4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         December 22, 2020

```
                              _____
                                       DENISE COTE
                              United States District Judge
```