```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    20cr0179-09 (DLC)
UNITED STATES OF AMERICA,                :
                                         :           ORDER
            -v-                          :
                                         :
HERMAN BASS,                             :
                          Defendant.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the telephone conference held on December 22, 2020, it is hereby

ORDERED that C.J.A. counsel Camille Abate is relieved as counsel for the defendant and C.J.A. counsel Matthew Galluzo is appointed as new counsel for the defendant.

IT IS FURTHER ORDERED that the Clerk of Court shall terminate Ms. Abate's appearance.

Dated:   New York, New York
         December 22, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge