```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :    20Cr0179-09 (DLC)
                                         :
              -v-                        :         ORDER
                                         :
 HERMAN BASS,                            :
                       Defendant.        :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On February 8, 2021, CJA counsel requested approval for the use of CJA funds to purchase a laptop for defendant Herman Bass to review discovery materials produced by the government. Defense counsel represents that without this laptop the defendant will be unable to review effectively the discovery material that the Government has produced. It is hereby

ORDERED that defense counsel's request for CJA funds to purchase a laptop for the defendant to review discovery is granted.

IT IS FURTHER ORDERED that the defendant shall abide by the terms of the Protective Order (Dkt. 93) concerning all Disclosure Material (as that term is defined in the Protective Order) placed on the laptop, and in particular shall not post Disclosure Material on any internet site or network site and shall not disclose it to the media or other third parties.

IT IS FURTHER ORDERED that the defendant may not use the laptop for any purpose other than reviewing discovery materials

produced in this case, for communicating with his CJA counsel, and for other communications relating to his defense in this case.

    IT IS FURTHER ORDERED that no later than the conclusion of the proceedings against the defendant in the district court, whether through dismissal of the charges against the defendant or the sentencing of the defendant, the defendant shall return the laptop to his counsel, who will promptly provide it either to Alan Nelson, the CJA Case Budget Attorney for the Second Circuit Court of Appeal, or Julie de Almeida, the Coordinating Discovery Attorney, or any other person as Mr. Nelson directs. If convicted, the defendant may retain the laptop during any appeal.

Dated:    New York, New York
            February 8, 2021

                                                DENISE COTE
                                   United States District Judge