```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    20cr0179-09 (DLC)
UNITED STATES OF AMERICA,                :
                                         :         ORDER
            -v-                          :
                                         :
HERMAN BASS,                             :
                          Defendant.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received a report from Pretrial Services of the defendant's arrest on April 6, 2021, it is hereby

ORDERED that a warrant shall issue for the defendant's arrest.

IT IS FURTHER ORDERED that the defendant's bail is revoked and he is remanded.

IT IS FURTHER ORDERED that defense counsel may contact Chambers to schedule a bail review hearing at any time.

SO ORDERED

Dated:   New York, New York
         April 7, 2021

_____
DENISE COTE
United States District Judge