```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :     20cr179-9 (DLC)
            -v-                          :
                                         :         ORDER
HERMAN BASS,                             :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Defendant having requested a bail review at the Court's earliest convenience in this matter, it is hereby

ORDERED that a bail review hearing is scheduled for **April 23, 2021 at 4:00 PM** and shall take place by telephone. The dial-in credentials for the telephone conference are the following:

        Dial-in:       888-363-4749
        Access code:   4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the defendant shall file any written submission he wishes the Court to consider by **4:00 PM on April 22, 2021.**

Dated:    New York, New York
          April 22, 2021

                                            /s/ Denise Cote
                                            Denise Cote
                                United States District Judge