# THE LAW OFFICE OF MATTHEW GALLUZZO PLLC

11 BROADWAY, SUITE 715     NEW YORK, NEW YORK 10004
Tel. (212) 344-5180     www.criminal-defense.nyc

August 16, 2021

The Hon. Denise L. Cote
U.S. District Court Judge
Southern District of New York
VIA EMAIL AND ECF

Re:   *U.S. v. Herman Bass*, 20-cr-00179 (DLC)

Dear Judge Cote,

    I am CJA counsel for Herman Bass in the above-captioned matter. Mr. Bass previously pleaded guilty and his sentencing hearing is scheduled for September 10 at 9:00 am. I write now to request an adjournment of approximately six weeks for his sentencing, perhaps during the final two weeks of October. I have conferred with the government about this proposed adjournment and the prosecutors take no position as to the request. My client is currently incarcerated at MCC New York awaiting sentencing. This is the first request for an adjournment of sentencing.

    The reason for the request is that the defense is pursuing health records for Mr. Bass that we believe should be included as part of the defense submission. Mr. Bass' incarceration, the pandemic, and the fact that these documents are with hospitals and doctors in California has made obtaining these items unusually difficult. Moreover, the social worker assisting the defense needs more time to interview relevant people to complete his clinical assessment of the defendant and prepare his mitigation report. Please note that I cannot be available between September 30 through October 8, so I respectfully request that the sentencing not be scheduled during that period.

    Finally, with respect to the Court's order dated August 11 (Docket Entry 370), my client wishes to have an in-person sentencing hearing before the Court.

Sincerely,

_____/s/_____
Matthew J. Galluzzo, Esq.

Application Granted in Part.

The sentencing is adjourned to September 23, 2021 at 10:00 AM in Courtroom 18B, 500 Pearl Street. Defense submission are now due September 17, and Government submissions are due September 21.

SO ORDERED.
August 16, 2021

_____
DENISE COTE
United States District Judge