```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
            -v-                      :     20cr179-9 (DLC)
                                     :
HERMAN BASS,                         :
                                     :          ORDER
                  Defendant.         :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On November 18, 2021, Herman Bass filed two motions for bail pending direct appeal. One contained his name in the body of the motion. The other contained the name of Ryan Rainford ("Rainford Motion"). In all other aspects, the motions appear to be identical. Bass' motion was denied on November 19. Accordingly, it is hereby

ORDERED that the Rainford Motion is denied as mistakenly filed.

IT IS FURTHER ORDERED that the Clerk of Court shall mail Bass a copy of this Order and note mailing on the docket.

Dated:   New York, New York
         November 30, 2021

                                        _____
                                              DENISE COTE
                                        United States District Judge